# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, K.M. MCDONALD**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### IRIJAH J. STOWEMARSHALL
### CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201400322
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 30 April 2014.
**Military Judge**: LtCol E.H. Robinson, Jr, USMC.
**Convening Authority**: Commanding General, 3d Marine Division (-)(REIN), Okinawa, Japan.
**Staff Judge Advocate's Recommendation**: Maj K.T. Carlisle, USMC.
**For Appellant**: CDR Suzanne Lachelier, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**18 December 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court